# Third District Court of Appeal

## State of Florida

Opinion filed August 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-840
Lower Tribunal No. 19-3374
_____

**Ulises Perez,**
Appellant,

vs.

**C. H. Robinson Company, and APM & Associates, Inc., etc.,**
Appellees.


An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Rubenstein Law, P.A., and Gregory Deutch; Burlington & Rockenbach, P.A., and Adam Richardson (West Palm Beach), for appellant.

Fowler White Burnett, P.A., and Richard Morris and J. Michael Pennekamp, for appellee C. H. Robinson Company; Cole, Scott & Kissane, P. A., and Lissette Gonzalez, for appellee APM & Associates, Inc.


Before FERNANDEZ, C.J., and LOGUE and MILLER, JJ.

PER CURIAM.

Affirmed. See Leo's Gulf Liquors v. Lakhani, 802 So. 2d 337, 343 (Fla. 3d DCA 2001) ("We conclude that the trial judge's thoughtful and complete analysis of the facts presented in support of defendants' motion to dismiss for fraud upon the court is amply supported by the record and does not constitute an abuse of discretion."); Metro. Dade Cnty. v. Martinsen, 736 So. 2d 794, 795 (Fla. 3d DCA 1999) ("[A] party who has been guilty of fraud or misconduct in the prosecution or defense of a civil proceeding should not be permitted to continue to employ the very institution it has subverted to achieve her ends." (quoting Hanono v. Murphy, 723 So. 2d 892, 895 (Fla. 3d DCA 1998))).